

*Solicitor General Stern* filed a memorandum for the District of Columbia Redevelopment Land Agency and the National Capital Planning Commission, appellees, stating that probable jurisdiction should be noted and this case heard upon the merits. . .

.

No. 529. NATIONAL UNION OF MARINE COOKS AND STEWARDS *v.* ARNOLD ET AL. Supreme Court of Washington. Certiorari granted. *Norman Leonard* for petitioner. *Samuel B. Bassett* for respondents.

No. 536. BROOKS *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari granted. *Frederick A. Potruch* and *Erwin Lerten* for petitioner. *Acting Solicitor General Stern* and *George J. Bott* filed a memorandum for respondent urging that the writ be granted. .

No. 454. LEHMAN ET AL. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Whitney North Seymour* and *George G. Gallantz* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Barnes, Daniel M. Friedman* and *Emory T. Nunneley, Jr.* for the Civil Aeronautics Board, respondent. 

No. 499. VAUGHAN *v.* WARFIELD ET AL. C. A. 8th Cir. Certiorari denied. 

No. 510. FRIEDBERG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert N. Gorman* and *Stanley A. Silversteen* for petitioner. *Acting Solicitor General Stern,*